**Order entered December 6, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00825-CV

## IN THE INTEREST OF W.J.M., A CHILD

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-18-09867**

## ORDER

Before the Court is court reporter Janet Saavedra's December 4, 2018 request for an extension of time to file the record. We **GRANT** the request and **ORDER** the reporter's record be filed no later than December 21, 2018.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Saavedra; Cassandra Anderson, reporter of the IV-D associate court; and, the parties.

/s/    DAVID EVANS
        JUSTICE